UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROLAND,<br><br>        Plaintiff,<br><br>   v.<br><br>SHAWN K. FLANAGAN,<br><br>        Defendant. | Case No.  22-cv-05878-LJC<br><br>**ORDER TO LOCATE PRO BONO COUNSEL AND TO STAY PROCEEDINGS** |

     The Defendant being in need of counsel to assist him in this matter and good and just cause appearing,

     IT IS HEREBY ORDERED that Defendant shall be referred to the Federal Pro Bono Project ("Project") in the manner set forth below:

1.     The clerk shall forward this order to the Project office.  The scope of this referral shall be for:

    ☐   <u>all purposes</u> for the duration of the case

    ☒   the <u>limited purpose</u> of representing the litigants in the course of

        ☐   mediation

        ☐   early neutral evaluation

        ☒   settlement conference

        ☒   briefing ☒ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): <u>motion to dismiss       </u>

        ☒   discovery as follows: <u>discovery reasonably pertinent to         settlement                                      </u>

        ☐   other:                                                 

2. Upon being notified by the Project that an attorney has been located to represent the defendant, that attorney shall be appointed as counsel for Defendant in this matter for the scope of representation described above. If the appointment of counsel is for limited purposes, the Court shall issue an order relieving the volunteer attorney from the limited representation of the litigant once those purposes have been fulfilled.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent Defendant in this action.

4. Pursuant to F.R.C.P. 12(f)(2), the Court strikes Defendant's motion to dismiss without prejudice for failure to comply with Federal Rule of Civil Procedure 15(a)(3) and Local Rule 7-2 and in light of this Court's referral of Defendant to the Federal Pro Bono Project.

**IT IS SO ORDERED.**

Dated:  December 7, 2022

LISA J. CISNEROS
United States Magistrate Judge