UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROLAND,<br><br>   Plaintiff,<br><br>   v.<br><br>SHAWN K. FLANAGAN,<br><br>   Defendant. | Case No. 22-cv-05878-LJC<br><br>**ORDER APPOINTING COUNSEL** |

Because Defendant is in need of counsel to assist him in this matter and volunteer attorneys are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, the below listed attorneys are hereby appointed as counsel for Defendant in this matter:

| | |
|---|---|
| Richard Hung (California SBN 197425) | Morrison & Foerster LLP |
| Forrest McClellen (California SBN 316845) | 425 Market Street |
| Ian Bennett (California SBN 346555) | San Francisco, CA 94105 |

The scope of this referral shall be for:
- ☐ all purposes for the duration of the case
- ☒ the limited purpose of representing the litigant in the course of
    - ☐ mediation
    - ☐ early neutral evaluation
    - ☒ settlement conference
    - ☒ briefing ☒ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): motion to dismiss_____
    - ☒ discovery as follows: discovery reasonably pertinent to settlement_
    - ☐ other: _____

All proceedings in this action are hereby stayed until four weeks from the date of this order. The deadline for Defendant's motion to dismiss is January 27, 2023. The initial case management conference set for January 12, 2023 at 1:30 pm, is continued to April 13, 2023 at 1:30 pm. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

**IT IS SO ORDERED.**

Dated:  December 16, 2022

LISA J. CISNEROS

United States Magistrate Judge

2